Carolyn J. Johnsen (#011894)
Texas Bar No. 19844600
William L. Novotny (admitted pro hac vice)
Arizona Bar No. 004239
Amanda E. Newman
Arizona Bar No. 032462 (admitted in N.D. Texas)
Kathryn E. Gasior
Arizona Bar No. 037062 (admitted in N.D. Texas)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000 / Fax: (844) 670-6009
cjjohnsen@dickinsonwright.com
wnovotny@dickinsonwright.com
anewman@dickinsonwright.com
kgasior@dickinsonwright.com
*Counsel for the Plaintiff Trustee of the*
*Fresh Acquisition Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>FRESH ACQUISITIONS, LLC, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30721 (SGL)<br>(Jointly Administered) |
| David GONZALES, TRUSTEE OF THE FRESH ACQUISITION LIQUIDATING TRUST.<br>        Plaintiff,<br>v.<br><br>RIVER NORTH FURRS, LLC.<br>        Defendants. | Adversary No. 22-03098-sgj<br><br>**CERTIFICATE OF SERVICE** |

I, Kathryn E. Gasior, do hereby certify as follows:

1. I am an attorney in the law firm of Dickinson Wright PLLC ("DW"), attorneys for the Plaintiff, David Gonzales, Liquidating Trustee on behalf of the Fresh Acquisitions Liquidating Trust, and I have personal knowledge of the facts stated herein.

2. On September 29, 2022, DW served copies of (a) the *Complaint* (Adversary Docket No. 1); (b) the *Summons in an Adversary Proceeding* (Adversary Docket No. 2); (c) the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* (Adversary Docket No. 3); and (d) the *Adversary Proceeding Cover Sheet* (Adversary Docket No. 4), to Defendant River North Furrs, LLC. at the following address:

>River North Furrs, LLC
>c/o Steven Madlinger, Registered Agent
>360 Illinois St. Suite 11C
>Chicago, IL 60654

DATED this 10th day of October 2022.

By:/s/ *Kathryn E. Gasior*
Kathryn E. Gasior
Arizona Bar No. 037062
(admitted in N.D. Texas)
**DICKINSON WRIGHT PLLC**
1850 North Central Ave., Suite 1400
Phoenix, AZ 85004
*Counsel for Plaintiff*