



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 15, 2023**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>FRESH ACQUISITIONS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. Case No. 21-30721 (SGJ)<br>(Jointly Administered) |
| DAVID GONZALES, TRUSTEE OF THE FRESH ACQUISITION LIQUIDATING TRUST,<br><br>                Plaintiff,<br>v.<br><br>RIVER NORTH FURR'S, LLC,<br>an Illinois limited liability company,<br><br><br>                Defendant. | Adv. No. 22-03098-sgj<br><br>**ORDER DENYING RIVER NORTH FURR'S, LLC'S MOTION TO DISMISS THE VERIFIED COMPLAINT TO AVOID TRANSFERS** |

*Order Denying Motion to Dismiss*

The Defendant, RIVER NORTH FURR'S, LLC, filed its *Motion to Dismiss the Verified Complaint to Avoid Transfers* [Adversary Docket No. 15] ("Motion to Dismiss"). The Court considered the papers and arguments submitted and made by the Plaintiff and the Defendant in regard to the Motion to Dismiss and, for the reasons stated in the course of its oral ruling on February 8, 2023, which are hereby incorporated by reference,

IT IS HEREBY ORDERED:

1. The Motion to Dismiss is denied; and
2. Defendant shall file its answer to the Complaint by no later than March 1, 2023.

# # # END OF ORDER # # #

AGREED TO IN FORM BY:

| **DICKINSON WRIGHT PLLC** | **A&G LAW LLC** |
|---|---|
| By: */s/William L. Novotny* <br> Carolyn J. Johnsen <br> William L. Novotny <br> Amanda E. Newman <br> Kathryn E. Gasior <br> 1850 North Central Avenue, Suite 1400 <br> Phoenix, AZ 85004 <br> *Attorneys for the Plaintiff* | By: */s/ Robert Andalman (with permission)* <br> Robert Andalman (admitted *pro hac vice*) <br> 542 South Dearborn, 10th Floor <br> Chicago, IL 60605 <br> randalman@aandglaw.com <br><br> *Co-counsel for Defendant* |

*Order Denying Motion to Dismiss*